IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHERYL GOTT,

    Plaintiff,

v.

                                                                        No. 2:18-cv-00658-JAP-KRS

GENERAL DYNAMICS
INFORMATION TECHNOLOGY,

    Defendant.

## SCHEDULING ORDER

THIS MATTER comes before the Court following a telephonic Rule 16 scheduling conference held on August 16, 2018. At the hearing, the Court adopted the parties proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of twenty-five (25) interrogatories per party to the other party with responses due thirty (30) days after service.

(b) Maximum of thirty-five (35) requests for admission per party to the other party with responses due thirty (30) days after service.

(c) Maximum of thirty-five (35) requests for production per party to the other party with responses due thirty (30) days after service.

(d) Maximum of ten (10) depositions by Plaintiff and ten (10) by Defendants. The parties may seek leave of the Court should a greater number be required. Each

deposition, other than of expert witnesses, shall not exceed seven (7) hours unless extended by the parties' agreement during the deposition.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to amend pleadings and/or join parties pursuant to Federal Rule of Civil Procedure 15:  **October 29, 2018**;

(b) Deadline for Defendant to amend pleadings and/or join parties pursuant to Federal Rule of Civil Procedure 15:  **November 29, 2018**;

(c) Plaintiff's expert-disclosure deadline:  **October 1, 2018**;

(d) Defendant's expert-disclosure deadline:  **November 15, 2018**;

(e) Deadline for supplementing discovery/disclosures:  **in accordance with the Federal Rules of Civil Procedure;**

(f) Termination of discovery:  **January 15, 2019**;

(g) Motions relating to discovery:  **January 22, 2019**;

(h) All other motions:  **February 13, 2019**;

(i) Pretrial order:     Plaintiff to Defendant by:  **April 4, 2019**;

  Defendant to Court by:  **April 11, 2019**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question.  Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline.  Discovery must be completed on or before the termination of the discovery

deadline. A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE