# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**CHERYL GOTT,**

    **Plaintiff,**

**v.**                                                                                                          **No. 18-cv-0658 JAP/KRS**

**GENERAL DYNAMICS INFORMATION TECHNOLOGY,**

    **Defendant.**

## ORDER VACATING AND RESETTING SETTLEMENT CONFERENCE

Pursuant to the parties' request, the settlement conference set for November 7, 2018, [Doc. 17] is hereby VACATED. All previous deadlines associated with the November 7, 2018 settlement conference are also VACATED. The settlement conference is RESET for **December 11, 2018, at 9:00 a.m. in the Picacho Courtroom, United States Courthouse, 100 North Church Street, Las Cruces, New Mexico.**

If any party has in its possession any video or audio recording of the incident upon which this action is based, that party must submit a copy of the recording to the Court no later than **5:00 p.m. on December 6, 2018.**

The Settlement Conference will not be vacated or rescheduled except upon motion and for good cause shown. Any motion to vacate or reschedule the Settlement Conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the Settlement Conference.

The Court may contact counsel ex parte prior to the Settlement Conference to discuss the Settlement Conference.

**IT IS THEREFORE ORDERED** as follows:

| | |
|---|---|
| **Plaintiff's letter and settlement demand due to Defendant:** | November 21, 2018 |
| **Defendant's letter and counteroffer due to Plaintiff:** | November 29, 2018 |
| **Plaintiff provides copies of settlement letters to the Court by:** | 12:00 p.m. on December 6, 2018 |
| **Parties' confidential position statements due to the Court:** | 12:00 p.m. on December 6, 2018 |
| **Settlement Conference:** | December 11, 2018, at 9:00 a.m. |

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**